**Istvan KELE, Petitioner,**

**v.**

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 04–73836.

United States Court of Appeals, Ninth Circuit.

---

Submitted March 16, 2010.*

Filed March 25, 2010.

Istvan Kele, Budapest, Hungary, pro se.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Anthony W. Norwood, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Istvan Kele, a native and citizen of Hungary, petitions pro se for review of the Immigration and Customs Enforcement's decision to reinstate his prior removal order. We dismiss the petition for review.

After Kele filed the instant petition for review, an immigration judge entered a removal order against him pursuant to a new Notice to Appear. Kele waived appeal of that order and was removed to Hungary. Kele's superseding removal order renders this petition for review moot.

We deny Kele's request in his February 23, 2005, letter to order the government to submit documents pertaining to his underlying deportation proceedings because this petition for review is not timely as to those proceedings. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

We deny Kele's January 1, 2010, motion for an expedited decision as moot.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DISMISSED.**